NEW YORK MARKET GARDENERS' ASSOCIATION, Respondent,
v. O'NEILL-ADAMS COMPANY, Appellant.

*New York Market Gardeners' Assn.* v. *Adams Dry Goods Co.*, 115 App.
Div. 42, affirmed.
(Argued October 30, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 17, 1906, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a new
trial in an action to recover for an alleged breach of contract.

*Beno B. Gattell* and *Thomas D. Adams* for appellant.

*William D. Gaillard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.

---

DANIEL W. SUTHERLAND, Appellant, v. FRANK AMMANN,
Respondent.

*Sutherland* v. *Ammann*, 112 App. Div. 332, affirmed.
(Argued October 30, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 23, 1906, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court at
a Trial Term in an action to recover for personal injuries
alleged to have been caused by defendant's negligence.

*Max S. Bevins* and *Jacob C. Brand* for appellant.

*Charles J. Nehrbas, Francis I. Osborne* and *James J.
Fitz Gerald* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.